NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**REINER RIEZLER and SEVERI MED GMBH,**
*Plaintiffs-Appellees,*

v.

**ROBERT H. ALLEN, SALLY P. STABLER,
and METABOLITE LABORATORIES, INC.,**
*Defendants,*

**and**

**ROBERT H. ALLEN,**
**As Trustee of the Robert H. Allen Revocable Trust,**
*Defendant-Appellant.*

---

2010-1300

---

Appeal from the United States District Court for the District of Colorado in case no. 08-CV-0332, Senior Judge Richard P. Matsch.

---

**ON MOTION**

---

**O R D E R**

The appellant moves without opposition to stay the briefing schedule in this appeal pending disposition of a related appeal, *Riezler v. Allen*, 2009-1528.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the briefing schedule is stayed pending disposition of the related appeal. The stay of the briefing schedule will be lifted upon issuance of the mandate in 2009-1528. The appellant's opening brief in this appeal is due within 45 days after the date the mandate issues in 2009-1528.

FOR THE COURT

JUL 15 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Edward J. Pardon, Esq.
     Monique M. Drake, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK